```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 05550
   CYNTHIA HOLLOWAY
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER


         Debtor
   SSN XXX-XX-4418

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 03/28/2007 and was confirmed 05/30/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 08/27/2008.
------------------------------------------------------------------------------
   CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
------------------------------------------------------------------------------
   TOYOTA MOTOR CREDIT       SECURED VEHIC      12215.90       1222.04       2800.66
   ASPIRE                    UNSECURED         NOT FILED           .00           .00
   BANK ONE                  UNSECURED         NOT FILED           .00           .00
   CITY OF CHICAGO PARKING   UNSECURED            480.00           .00         31.17
   PREMIER BANKCARD          UNSECURED            539.42           .00         35.03
   NATIONAL CAPITAL MANAGEM  UNSECURED           1151.00           .00         74.75
   JEFFERSON CAPITAL SYSTEM  UNSECURED            826.61           .00         53.68
   NICOR GAS                 UNSECURED            280.56           .00           .00
   PROFESSIONAL ACCOUNT MGM  UNSECURED         NOT FILED           .00           .00
   ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         2,484.00                    2,209.44
   TOM VAUGHN                TRUSTEE                                           492.33
   DEBTOR REFUND             REFUND                                            196.15

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
   TRUSTEE            7,115.25

   PRIORITY                                          .00
   SECURED                                      2,800.66
        INTEREST                                 1,222.04
   UNSECURED                                       194.63
   ADMINISTRATIVE                                2,209.44
   TRUSTEE COMPENSATION                            492.33
   DEBTOR REFUND                                   196.15
                    --------------         --------------
   TOTALS             7,115.25                   7,115.25



             PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05550 CYNTHIA HOLLOWAY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 11/19/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```